ORDERED.

Dated: **September 14, 2017**

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| WOODSTOCK ORLANDO, LLC, ) | Case No. 6:17-bk-04272-KSJ |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

## ORDER DISMISSING CASE

This case came before the Court on August 24, 2017. Debtor's previous counsel, Justin M. Luna, Esq. and the law firm of Latham, Shuker, Eden & Beaudine, LLP, filed a Motion for Leave to Withdraw as Counsel for Debtor (Doc. No. 41) (the "Motion"). At the hearing on August 24, 2017, the Court granted the Motion. On August 28, 2017, the Court then issued an order directing the Debtor to obtain new counsel by September 8, 2017 (Doc. No. 59).  If the Debtor did not obtain new counsel by September 8, 2017, the Court ordered the case would be dismissed without further notice or hearing (Doc. No. 59, ¶ 2). Debtor has not obtained new counsel. Accordingly, it is

**ORDERED:**

1. This case is **DISMISSED.**

2. The hearing scheduled for 2:00 p.m. on September 18, 2017, is **CANCELLED.**

###

The Clerk is directed to serve a copy of this order on all interested parties.